# Return

Case No.: 1:23MJ29 ML
28117-JK-3763311

Date and time warrant executed: 6/22/2023

Copy of warrant and inventory left with: Rakheem Hoyt

Inventory made in the presence of: B. Dando

Inventory of the property taken and name(s) of any person(s) seized:

Two Buccal swabs taken from Rakheem Hoyt.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/15/2023

*Executing officer's signature*

Victor Pino-Diaz   TFO Safe Streets
*Printed name and title*